# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADAMCZYK, KAMILA | § | Case No. 15-03997 JSB |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/06/2015 . The undersigned trustee was appointed on 02/10/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 6,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 5,980.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  07/15/2015  and the deadline for filing governmental claims was  08/05/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,350.00 , for a total compensation of $ 1,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/16/2015                               By: /s/Joseph A. Baldi
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-03997 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | ADAMCZYK, KAMILA | | Date Filed (f) or Converted (c): | 02/06/15 (f) |
| | | | 341(a) Meeting Date: | 03/12/15 |
| For Period Ending: | 09/16/15 | | Claims Bar Date: | 07/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Checking account with Americna Charted Ba per order 5/12/15 | 500.00 | 0.00 | | 500.00 | FA |
| 2. Household Goods, Used Furniture and Personal Elect | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Used personal electronics & music | 200.00 | 0.00 | | 0.00 | FA |
| 4. Used Personal Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 5. Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Audi Q5 -mother has possession and makes all sold back to Debtor per order 5/12/15 | 17,000.00 | 6,349.00 | | 5,500.00 | FA |
| 7. 2010 Mercedes Benz C300 | 17,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $37,500.00 | $6,349.00 | | $6,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 24, 2015, 12:39 pm Primary asset was debtor interest in vehicle. Trustee sold vehicle back to debtor for $6,000, paid in full. Claims bar date passed. UST investigating former business, KER Logistics, will follow up with UST as to potential assets. Large deficiency claims for truck leases with KER. If no further assets, will file final report by year end.

Initial Projected Date of Final Report (TFR): 12/30/15      Current Projected Date of Final Report (TFR): 12/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 15-03997 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | ADAMCZYK, KAMILA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7469 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/15 | 1, 6 | CHASE - CASHIER'S CHECK REMITTER: KAMILA ADAMCYZK | 2010 AUDI Q5, checking acct [dkt27] | 1129-000 | 6,000.00 | | 6,000.00 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |

```
                                        COLUMN TOTALS                        6,000.00        20.00        5,980.00
                                   Less: Bank Transfers/CD's                      0.00         0.00
                                        Subtotal                             6,000.00        20.00
                                   Less: Payments to Debtors                                   0.00
                                        Net                                  6,000.00        20.00
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7469 | 6,000.00 | 20.00 | 5,980.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 20.00 | 5,980.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       6,000.00       20.00

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 18.05

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | Date: September 16, 2015 |
|---|---|---|---|---|---|---|

Case Number:  15-03997
Debtor Name:  ADAMCZYK, KAMILA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class  Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Administrative | $1,350.00 | $0.00 | $1,350.00 |
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | $1,566.50 | $0.00 | $1,566.50 |
| 000001<br>070<br>7100-00 | PNC Bank, National Association<br>Jennifer E Frick<br>c/o Crowley & Lamb PC<br>221 N LaSalle Street Suite 1550<br>Chicago, IL 60601 | Unsecured<br>  (1-1) Modified on 3/31/15 to correct creditor address (GB). | $112,973.24 | $0.00 | $112,973.24 |
| 000002<br>070<br>7100-90 | Capital One (USA) N.A. by<br>American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>  (2-1) Modified on 5/8/15 to correct creditor name (GB). | $421.23 | $0.00 | $421.23 |
| 000003<br>070<br>7100-00 | Small Business Financial Services LLC<br>7316 Wisconsin Ave Ste 350<br>Bethesda, MD 20814 | Unsecured<br>  guaranty of corporate loan<br>  -amended to unsecured 8/7/15 | $117,120.00 | $0.00 | $117,120.00 |
| 000004<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | $899.35 | $0.00 | $899.35 |
| 000005<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | $1,569.05 | $0.00 | $1,569.05 |
| 000006A<br>070<br>7100-00 | Vehicle Lenders Group LLC<br>23 Berry Hill Rd.<br>Oyster Bay, NY 11771 | Unsecured<br>  (6-1) Account Number (last 4 digits):0302<br>  secured by vehicle not property of estate<br>  Object to secured status<br>  -amended to unsecured 8/7/15 | $45,771.91 | $0.00 | $45,771.91 |
| 000007<br>070<br>7100-00 | Vehicle Lenders Group LLC<br>23 Berry Hill Rd.<br>Oyster Bay, NY 11771 | Unsecured<br>  (7-1) Account Number (last 4 digits):0226<br>  personal guarantee of lease for vehicle leased by KER<br>  object to secured status<br>  -amended to unsecured 8/7/15 | $21,899.42 | $0.00 | $21,899.42 |

| Page 2 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | Date: September 16, 2015 |
|---|---|---|---|---|---|---|

Case Number: 15-03997        Claim Class Sequence
Debtor Name: ADAMCZYK, KAMILA

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Stearns Equipment Finance<br>Delta Management Group Inc<br>2499 Rice St Suite 245<br>St Paul, MN 55113 | Unsecured | personal guarantee of KER truck leases | $55,389.93 | $0.00 | $55,389.93 |
| | Case Totals: | | | $358,960.63 | $0.00 | $358,960.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-03997 JSB
Case Name: ADAMCZYK, KAMILA
Trustee Name: Joseph A. Baldi

| | | |
|---|---|---|
| Balance on hand | $ | 5,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 1,566.50 | $ 0.00 | $ 1,566.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,916.50 |
| Remaining Balance | $ 3,063.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 356,044.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC Bank, National Association | $ 112,973.24 | $ 0.00 | $ 972.05 |
| 000002 | Capital One (USA) N.A. by | $ 421.23 | $ 0.00 | $ 3.62 |
| 000003 | Small Business Financial Services LLC | $ 117,120.00 | $ 0.00 | $ 1,007.73 |
| 000004 | PYOD, LLC its successors and assigns as | $ 899.35 | $ 0.00 | $ 7.74 |
| 000005 | PYOD, LLC its successors and assigns as | $ 1,569.05 | $ 0.00 | $ 13.50 |
| 000006A | Vehicle Lenders Group LLC | $ 45,771.91 | $ 0.00 | $ 393.84 |
| 000007 | Vehicle Lenders Group LLC | $ 21,899.42 | $ 0.00 | $ 188.43 |
| 000008 | Stearns Equipment Finance | $ 55,389.93 | $ 0.00 | $ 476.59 |

Total to be paid to timely general unsecured creditors        $         3,063.50

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE