# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADAMCZYK, KAMILA | § | Case No. 15-03997 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   10:00 a.m., on Tuesday, November 17, 2015
   in Courtroom  615, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt
                                           Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ADAMCZYK, KAMILA § Case No. 15-03997
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 5,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 1,566.50 | $ 0.00 | $ 1,566.50 |

Total to be paid for chapter 7 administrative expenses $ 2,916.50
Remaining Balance $ 3,063.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 356,044.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC Bank, National Association | $ 112,973.24 | $ 0.00 | $ 972.05 |
| 000002 | Capital One (USA) N.A. by | $ 421.23 | $ 0.00 | $ 3.62 |
| 000003 | Small Business Financial Services LLC | $ 117,120.00 | $ 0.00 | $ 1,007.73 |
| 000004 | PYOD, LLC its successors and assigns as | $ 899.35 | $ 0.00 | $ 7.74 |
| 000005 | PYOD, LLC its successors and assigns as | $ 1,569.05 | $ 0.00 | $ 13.50 |
| 000006A | Vehicle Lenders Group LLC | $ 45,771.91 | $ 0.00 | $ 393.84 |
| 000007 | Vehicle Lenders Group LLC | $ 21,899.42 | $ 0.00 | $ 188.43 |
| 000008 | Stearns Equipment Finance | $ 55,389.93 | $ 0.00 | $ 476.59 |

Total to be paid to timely general unsecured creditors    $ 3,063.50

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if

applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                            Joseph A. Baldi, Trustee


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-03997-JSB
Kamila Adamczyk                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cweston              Page 1 of 1               Date Rcvd: Oct 22, 2015
                              Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2015.
db         +Kamila Adamczyk,   856 Dighton Lane,   Schaumburg, IL 60173-4736
aty        +Baldi Berg, Ltd.,   20 N. Clark Street,   Suite 200,   Chicago,, IL 60602-4120
22902888   +Arnold Harris,   111 West Jackson B Suite 400,   Chicago, IL 60604-4135
22902891   +BNSF,   2650 Lou Menk Drive,   Fort Worth, TX 76131-2830
22902889   +Bank Of America,   9000 Southside Blvd Bldg,   Jacksonville, FL 32256-6705
22902890   +Best Buy/Citibank na,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
23265968    Capital One (USA) N.A. by,   American InfoSource LP as Agent,   PO Box 71083,
             Charlotte, NC 28272-1083
22902892   +Capital One Na,   Po Box 26625,   Richmond, VA 23261-6625
22902893   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
22902894   +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
22902895   +Jennifer E. Frick,   Crowley & Lamb, PC,   221 N. LaSalle St. #1550,   Chicago, IL 60601-1224
22902897   +PNC Bank,   One NCC Parkway,   Mail Code K-A16-2B,   Kalamazoo, MI 49009-8003
23112347   +PNC Bank, National Association,   Jennifer E Frick,   c/o Crowley & Lamb PC,
             221 N LaSalle Street Suite 1550,   Chicago, IL 60601-1224
22902896   +Patrick J Siegfried,   7316 Wisconsin Ave Suite 350,   Bethesda, MD 20814-2977
22902898   +Rapid Advance/Small Business,   7316 Wisconsin Ave #350,   Bethesda, MD 20814-2977
23326578   +Small Business Financial Services LLC,   7316 Wisconsin Ave Ste 350,   Bethesda, MD 20814-2977
23484496   +Stearns Equipment Finance,   Delta Management Group Inc,   2499 Rice St Suite 245,
             St Paul, MN 55113-3700
22902899   +Vehicle Lenders Group,   23 Berry Hill Rd,   Oyster Bay, NY 11771-3547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23372656   +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2015 01:00:09
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22902900   +E-mail/Text: vci.bkcy@vwcredit.com Oct 23 2015 00:52:41    Vw Credit Inc,   1401 Franklin Blvd,
             Libertyville, IL 60048-4460
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23406768*     +Vehicle Lenders Group LLC,   23 Berry Hill Rd.,   Oyster Bay, NY 11771-3547
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2015 at the address(es) listed below:
          Jennifer E Frick    on behalf of Creditor    PNC Bank, National Association jfrick@crowleylamb.com,
           luribe@crowleylamb.com;docket@crowleylamb.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
           gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
          Michael J Worwag    on behalf of Debtor Kamila  Adamczyk mjworwag@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7