# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
ADAMCZYK, KAMILA § Case No. 15-03997
§
§
_____Debtor_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 19,200.00 *(Without deducting any secured claims)* | Assets Exempt: 7,200.00 |
| Total Distributions to Claimants: 3,063.50 | Claims Discharged Without Payment: 504,554.63 |
| Total Expenses of Administration: 2,936.50 | |

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 22,552.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,936.50 | 2,936.50 | 2,936.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 317,237.00 | 356,044.13 | 356,044.13 | 3,063.50 |
| **TOTAL DISBURSEMENTS** | $ 339,789.00 | $ 358,980.63 | $ 358,980.63 | $ 6,000.00 |

    4)  This case was originally filed under chapter 7 on  02/06/2015 .  The case was pending for 11 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/22/2015                By:/s/Joseph A. Baldi                                                                   
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Checking account with Amerinca Charted Ba | 1129-000 | 500.00 |
| 2010 Audi Q5 -mother has possession and makes all | 1129-000 | 5,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 9000 Southside Blvd Bldg Jacksonville, FL 32256 | | 18,301.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vw Credit Inc 1401 Franklin Blvd Libertyville, IL 60048 | | 4,251.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 22,552.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| BALDI BERG | 3110-000 | NA | 1,566.50 | 1,566.50 | 1,566.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,936.50** | **$ 2,936.50** | **$ 2,936.50** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Harris 111 West Jackson B Suite 400 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | BNSF 2650 Lou Menk Drive Fort Worth, TX 76131 | | 9,000.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,007.00 | NA | NA | 0.00 |
| | Jennifer E. Frick Crowley & Lamb, PC 221 N. LaSalle St. #1550 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank One NCC Parkway Mail Code K-A16-2B Kalamazoo, MI 49009 | | 100,000.00 | NA | NA | 0.00 |
| | Patrick J Siegfried 7316 Wisconsin Ave Suite 350 Bethesda, MD 20814 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vehicle Lenders Group 23 Berry Hill Rd Oyster Bay, NY 11771 | | 23,373.00 | NA | NA | 0.00 |
| | Vehicle Lenders Group 23 Berry Hill Rd Oyster Bay, NY 11771 | | 14,194.00 | NA | NA | 0.00 |
| 000001 | PNC BANK, NATIONAL ASSOCIATION | 7100-000 | NA | 112,973.24 | 112,973.24 | 972.05 |
| 000003 | SMALL BUSINESS FINANCIAL SERVICES L | 7100-000 | 117,000.00 | 117,120.00 | 117,120.00 | 1,007.73 |
| 000008 | STEARNS EQUIPMENT FINANCE | 7100-000 | NA | 55,389.93 | 55,389.93 | 476.59 |
| 000006A | VEHICLE LENDERS GROUP LLC | 7100-000 | 23,709.00 | 45,771.91 | 45,771.91 | 393.84 |
| 000007 | VEHICLE LENDERS GROUP LLC | 7100-000 | 22,065.00 | 21,899.42 | 21,899.42 | 188.43 |
| 000002 | CAPITAL ONE (USA) N.A. BY | 7100-900 | 421.00 | 421.23 | 421.23 | 3.62 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 899.00 | 899.35 | 899.35 | 7.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 1,569.00 | 1,569.05 | 1,569.05 | 13.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 317,237.00 | $ 356,044.13 | $ 356,044.13 | $ 3,063.50 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-03997 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | ADAMCZYK, KAMILA | | Date Filed (f) or Converted (c): | 02/06/15 (f) |
| | | | 341(a) Meeting Date: | 03/12/15 |
| For Period Ending: | 12/22/15 | | Claims Bar Date: | 07/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Checking account with Amerinca Charted Ba per order 5/12/15 | 500.00 | 0.00 | | 500.00 | FA |
| 2. Household Goods, Used Furniture and Personal Elect | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Used personal electronics & music | 200.00 | 0.00 | | 0.00 | FA |
| 4. Used Personal Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 5. Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Audi Q5 -mother has possession and makes all sold back to Debtor per order 5/12/15 | 17,000.00 | 6,349.00 | | 5,500.00 | FA |
| 7. 2010 Mercedes Benz C300 | 17,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $37,500.00 | $6,349.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 24, 2015, 12:39 pm Primary asset was debtor interest in vehicle. Trustee sold vehicle back to debtor for $6,000, paid in full. Claims bar date passed. UST investigating former business, KER Logistics, will follow up with UST as to potential assets. Large deficiency claims for truck leases with KER. If no further assets, will file final report by year end.

Initial Projected Date of Final Report (TFR): 12/30/15      Current Projected Date of Final Report (TFR): 12/30/15

LFORM1                                                                                                                           Ver: 19.05a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-03997 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | ADAMCZYK, KAMILA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7469 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 12/22/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/15 | 1, 6 | CHASE - CASHIER'S CHECK REMITTER: KAMILA ADAMCYZK | 2010 AUDI Q5, checking acct [dkt27] | 1129-000 | 6,000.00 | | 6,000.00 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 11/17/15 | 001001 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,350.00 | 4,630.00 |
| 11/17/15 | 001002 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,566.50 | 3,063.50 |
| 11/17/15 | 001003 | PNC Bank, National Association Jennifer E Frick c/o Crowley & Lamb PC 221 N LaSalle Street Suite 1550 Chicago, IL 60601 | Claim 000001, Payment 0.86043% | 7100-000 | | 972.05 | 2,091.45 |
| 11/17/15 | 001004 | Small Business Financial Services LLC 7316 Wisconsin Ave Ste 350 Bethesda, MD 20814 | Claim 000003, Payment 0.86043% | 7100-000 | | 1,007.73 | 1,083.72 |
| 11/17/15 | 001005 | Vehicle Lenders Group LLC 23 Berry Hill Rd. Oyster Bay, NY 11771 | Claim 000006A, Payment 0.86044% | 7100-000 | | 393.84 | 689.88 |
| 11/17/15 | 001006 | Vehicle Lenders Group LLC 23 Berry Hill Rd. Oyster Bay, NY 11771 | Claim 000007, Payment 0.86043% | 7100-000 | | 188.43 | 501.45 |
| 11/17/15 | 001007 | Stearns Equipment Finance Delta Management Group Inc 2499 Rice St Suite 245 | Claim 000008, Payment 0.86043% | 7100-000 | | 476.59 | 24.86 |

Page Subtotals  6,000.00  5,975.14

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2           Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-03997 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | ADAMCZYK, KAMILA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7469 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 12/22/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/17/15 | 001008 | U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois 60604 | Claim 000002, Payment 0.85939%<br>Capital One (USA) N.A. by<br>American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>St Paul, MN 55113 | 7100-900 | | 3.62 | 21.24 |
| 11/17/15 | 001009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 0.86062% | 7100-900 | | 7.74 | 13.50 |
| 11/17/15 | 001010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 0.86039% | 7100-900 | | 13.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7469) | 6,000.00 | 6,000.00 | 0.00 |
| | 6,000.00 | 6,000.00 | 0.00 |

Page Subtotals     0.00     24.86

Ver: 19.05a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-03997 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | ADAMCZYK, KAMILA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7469 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 12/22/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*